MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Plaintiff,
BUBBLE GENIUS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUBBLE GENIUS LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>MARYANN SMITH, an individual and doing business as CHILDREN'S TREASURES, and DOES I - X, Inclusive,<br><br>Defendants. | CASE NO.<br>CV15-00066-PA-FFM<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Served:    03/16/2015<br>Current Response date: 05/15/2015<br>New Response date:   07/13/2015 |

The parties hereby stipulate that the deadline for defendant to respond to plaintiff's Complaint, which is currently May 15, 2015 be extended so that defendants' response is due on July 13, 2015. This Stipulation is being entered into for the purpose of providing the defendant sufficient time to prepare, file and serve a Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer Venue and provide plaintiff sufficient to time to prepare, file and serve an Opposition to the Motion, and not for the purpose of delay.

///

MAP-BG-2423

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

Dated: May 11, 2015      By: _____
                             Michael A. Painter
                             Attorneys for Plaintiff

Dated: May 11, 2015      _____
                         EVE J. BROWN
                         Attorney for Defendant