JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BUBBLE GENIUS LLC,

     Plaintiff,

    v.

MARYANN SMITH, et al.,

     Defendants.

CV 15-0066 PA (FFMx)

JUDGMENT

     Pursuant to the Court's July 17, 2015 Minute Order dismissing this action,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of personal jurisdiction.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

     IT IS SO ORDERED.

DATED: July 17, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE